## WILSON *v.* DUFFEY.

HILL, J. 1. The only error of law alleged is that the court committed error in instructing the jury as set forth in the excerpt from the charge. This instruction was not error for any reason assigned.

2. The verdict was supported by the evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*
APRIL 18, 1913.

Complaint. Before Judge Daniel. Henry superior court. August 19, 1912.

*E. M. Smith* and *Brown & Brown,* for plaintiff in error.
*E. J. Reagan* and *J. F. Wall,* contra.